# Exhibit 2

Charted Claims:
Method Claims:1

| US6931597 | SugarSync ("Accused Product") |
| --- | --- |
| 1. A method for graphically indicating secured items in a program for displaying contents in a selected place, the method comprising: determining a security level of each of the secured items, wherein each of the secured items has a default icon associated with if the each of the secured items is otherwise not secured; and | The accused product practices a method for graphically indicating secured items (e.g., protected folders) in a program (e.g., the accused product) for displaying contents (e.g., contents of folder tab) in a selected place (e.g., folder tab), the method comprising: determining a security level (e.g., folder protected or not protected) of each of the secured items (e.g., protected folders), wherein each of the secured items (e.g., protected folders) has a default icon (e.g., folder icon) associated with if the each of the secured items (e.g., protected folders) is otherwise not secured (unprotected folders). <br><br> As shown below, the accused product is a cloud data access tool that allows accessing contents of cloud storage. It has a folder tab for storing, managing, and sharing documents, folders, etc. Users can protect their folders using a protected folders tool. When a user protects a folder, another specific icon, overlays, on the original folder icon. This indicates protected status of the folder. However, if the original folder icon lacks this specific lock icon, it indicates that the folder is not protected. |



https://www1.sugarsync.com/



https://www1.sugarsync.com/



https://www1.sugarsync.com/features/

https://www1.sugarsync.com/features/

## Sharing Files and Folders

**To share a folder privately:**

1. Open the **Folders** tab.

2. Hover over the folder you want to share.

3. Click on the menu button in the far right.

https://support.sugarsync.com/hc/en-us/articles/360028591273-Sharing-Files-and-Folders



https://support.sugarsync.com/hc/article_attachments/360072340533/1.png



## Protected Folders

### Protect your files from ransomware and restore entire folders with ease

Never worry about losing your important photos, documents, or other files again – no matter the circumstances. SugarSync's protected folders option lets you effortlessly roll back a whole folder to a previous date in time, so you can recover all files within it at once.

https://www1.sugarsync.com/features/protected-folders/

# How to Use Protected Folders

SugarSync keeps up to 5 versions of individual files by default. Protecting folders gives an additional layer of protection to your data from data deletion, ransomware encryption, jumbled hierarchy, etc. by allowing you to roll back an entire folder to a previous date. This is more akin to a traditional backup.

https://support.sugarsync.com/hc/en-us/articles/360028622353-How-to-Use-Protected-Folders

# Protecting a Folder in SugarSync

Protecting a folder is easy. Right-click in the SugarSync Desktop App on the folder you want to protect will show you a new option "Create Protected Folder" (NOTE: you cannot protect folders shared *with* you, but you can protect folders that *you* share with others).

https://support.sugarsync.com/hc/en-us/articles/360028622353-How-to-Use-Protected-Folders

4. Choose the option **Create Protected Folder...**



https://support.sugarsync.com/hc/en-us/articles/360028622353-How-to-Use-Protected-

Folders



https://support.sugarsync.com/hc/article_attachments/360072340533/1.png

| | |
|---|---|
| | https://support.sugarsync.com/hc/article_attachments/24774690568219 |
| superimposing an appropriate icon corresponding to the security level over the default icon without losing original indications of the default icon. | The accused product practices superimposing an appropriate icon (e.g., lock icon) corresponding to the security level (e.g., folder protected or not protected) over the default icon (e.g., folder icon) without losing original indications of the default icon (e.g., folder icon).<br><br>As shown below, the accused product visually indicates protected folders by overlaying or superimposing a specific icon on the original folder icon while keeping the original icon visible. Therefore, if a folder icon has this specific lock icon superimposed, the folder is protected.<br><br><br><br>**Protected Folders**<br><br>Protect your files from ransomware and restore entire folders with ease<br><br>Never worry about losing your important photos, documents, or other files again – no matter the circumstances. SugarSync's protected folders option lets you effortlessly roll back a whole folder to a previous date in time, so you can recover all files within it at once.<br><br>https://www1.sugarsync.com/features/protected-folders/ |

# How to Use Protected Folders

SugarSync keeps up to 5 versions of individual files by default. Protecting folders gives an additional layer of protection to your data from data deletion, ransomware encryption, jumbled hierarchy, etc. by allowing you to roll back an entire folder to a previous date. This is more akin to a traditional backup.

https://support.sugarsync.com/hc/en-us/articles/360028622353-How-to-Use-Protected-Folders



https://support.sugarsync.com/hc/article_attachments/360072340533/1.png



https://support.sugarsync.com/hc/article_attachments/24774690568219