**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **Gamehancement LLC,** | Case No. 1:26-cv-06027-JSR |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **IPVanish, Inc.,** | |
| Defendant. | |

**ORDER GRANTING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

The request to dismiss this matter without prejudice is hereby GRANTED.

SO ORDERED.

Dated: 8/17, 2026
New York, New York

JED S. RAKOFF
United States District Judge